Jonas B. Jacobson (SBN 269912)
jonas@dovel.com
Simon Franzini (SBN 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Yeremey Krivoshey (SBN 295032)
ykrivoshey@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL LOPEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TARGET CORPORATION,<br><br>*Defendant*. | Case No. 3:22-cv-03069-CRB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Plaintiff Krystal Lopez hereby dismisses, without prejudice, all claims against Defendant Target Corporation.  Each party shall bear its own costs.

Dated: August 15, 2022

Respectfully submitted,

By: */s/ Jonas Jacobson*
Jonas B. Jacobson (SBN 269912)
jonas@dovel.com
Simon Franzini (SBN 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Yeremey Krivoshey (SBN 295032)
ykrivoshey@bursor.com
Brittany S. Scott (SBN 327132)
bscott@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Counsel for Plaintiff*